Hiram A. Grosner, Appellant, v. Max Abramson and Others, Respondents.— Order, so far as appealed from, directing the clerk to place the cause upon the non-jury calendar, and denying plaintiff's motion for an order directing the clerk to place cause on the jury calendar, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Agnes Leete Angrabright, Respondent, v. Frank Angrabright, Appellant. — Order granting plaintiff's motion for alimony and counsel fee *pendente lite* unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Benjamin Moritz, Respondent, v. The National City Company, Also Known as City Company of New York, Inc., a Domestic Corporation and Another, Appellants, Impleaded with Others.— Orders, so far as appealed from, denying separate motions of defendants-appellants to vacate plaintiff's notice for their examination before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Charles K. Berwin, Respondent, v. The National City Company, Also Known as City Company of New York, Inc., a Domestic Corporation, and Francis F. Randolph, Appellants, Impleaded with Others.— Orders, so far as appealed from, denying separate motions of defendants-appellants to vacate plaintiff's notice for their examination before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Greater New York Taxpayers Mutual Insurance Association to Substitute Irving Segal, Esq., as the Attorney for the Defendants in Various Cases in the Place and Stead of Harold M. Phillips, Esq. Greater New York Taxpayers Mutual Insurance Association, Appellant; Harold M. Phillips, Respondent.— Order denying petitioner's motion for substitution of attorneys, unanimously affirmed, without costs, with leave to renew on notice to clients. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Petition of Allen T. Norton, Respondent, for an Allowance Out of the Estate of Louise S. Norton, Incompetent. Bank of Manhattan Company, as Committee of the Property of Louise S. Norton, an Incompent, Appellant.— We think that the petitioner, even if he made out the allegations of his petition so as to obtain a favorable report from a special guardian, would not be entitled to invade his incompetent mother's estate for his support. Income now received is insufficient for her own proper maintenance. Hence the appointment of a special guardian to take proof and report was not proper in the circumstances. The order should be reversed, with twenty dollars costs and disbursements, and the motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Frances Perkins, as Industrial Commissioner of the State of New York, on Behalf of the State Insurance Fund, Respondent, v. National Container Corporation, Appellant.— Order denying defendant's motion for examination of